# No. 21-56200

IN THE

U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

MITCH OBERSTEIN, ET AL.

*Plaintiffs-Appellants,*

v.

LIVE NATION ENTERTAINMENT, INC.

*Defendants-Appellees.*

*On Appeal From The United States District Court
For The Central District of California
Hon. George H. Wu*

## EXCERPTS OF RECORD
## INDEX VOLUME

Warren D. Postman
Albert Y. Pak
KELLER LENKNER LLC
1100 Vermont Ave., N.W.
12th Floor
Washington, D.C. 20005
(202) 918-1123

Sanford I. Weisburst
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
(212) 849-7000
sandyweisburst@quinnemanuel.com

Kevin Y. Teruya
Adam B. Wolfson
William R. Sears
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000

February 7, 2022

# TABLE OF CONTENTS

## VOLUME 1

Dismissal Order, Dkt. No. 120, September 30, 2021, Case No. CV 20-3888-GW-GJSx ...................................................................................ER2

Civil Minutes - General, Dkt. No. 114, September 20, 2021, Case No. CV20-3888-GW-GJSx.......................................................................ER4

## VOLUME 2

Plaintiffs Opposition to Defendants' Amended Motion to Compel Arbitration, March 19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 92-1 ...............................................................................ER22

Declaration of Dr. Anthony D. Andre in Support of Plaintiffs Opposition to Defendants' Amended Motion to Compel Arbitration, March 19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 92-2 ...............................................................................ER70

Declaration of Adam B. Wolfson in Support of Plaintiffs Opposition to Defendants' Amended Motion to Compel Arbitration, March 19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 94.......................ER198

## VOLUME 3

Exhibit B to Declaration of Adam B. Wolfson in Support of Plaintiffs Opposition to Defendants' Amended Motion to Compel Arbitration, March 19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 94-2 ............................................................................ER203

Exhibit C to Declaration of Adam B. Wolfson in Support of Plaintiffs Opposition to Defendants' Amended Motion to Compel Arbitration, March 19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 94-3 ............................................................................ER366

Exhibit D to Declaration of Adam B. Wolfson in Support of Plaintiffs Opposition to Defendants' Amended Motion to Compel Arbitration, March 19, 2021, Case No. CV20-3888-GW-GJSx,


Dkt. No. 94-4 .................................................................................... ER373

## **VOLUME 4**

Exhibit G to Declaration of Adam B. Wolfson in Support of Plaintiffs Opposition to Defendants' Amended Motion to Compel Arbitration, March 19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 92-3 ..................................................................................... ER380

Exhibit I to Declaration of Adam B. Wolfson in Support of Plaintiffs Opposition to Defendants' Amended Motion to Compel Arbitration, March 19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 94-9 ..................................................................................... ER660

## **VOLUME 5**

Exhibit K to Declaration of Adam B. Wolfson in Support of Plaintiffs Opposition to Defendants' Amended Motion to Compel Arbitration, March 19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 94-11 ................................................................................... ER666

Exhibit L to Declaration of Adam B. Wolfson in Support of Plaintiffs Opposition to Defendants' Amended Motion to Compel Arbitration, March 19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 94-12 ................................................................................... ER676

Exhibit M to Declaration of Adam B. Wolfson in Support of Plaintiffs Opposition to Defendants' Amended Motion to Compel Arbitration, March 19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 92-4 ..................................................................................... ER679

Exhibit N to Declaration of Adam B. Wolfson in Support of Plaintiffs Opposition to Defendants' Amended Motion to Compel Arbitration, March 19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 92-5 ..................................................................................... ER684

Exhibit O to Declaration of Adam B. Wolfson in Support of Plaintiffs
 Opposition to Defendants' Amended Motion to Compel
 Arbitration, March 19, 2021, Case No. CV20-3888-GW-GJSx,
 Dkt. No. 92-6 ...................................................................................................ER686

Exhibit P to Declaration of Adam B. Wolfson in Support of Plaintiffs
 Opposition to Defendants' Amended Motion to Compel
 Arbitration, March 19, 2021, Case No. CV20-3888-GW-GJSx,
 Dkt. No. 94-16.................................................................................................ER689

Exhibit Q to Declaration of Adam B. Wolfson in Support of Plaintiffs
 Opposition to Defendants' Amended Motion to Compel
 Arbitration, March 19, 2021, Case No. CV20-3888-GW-GJSx,
 Dkt. No. 92-7 ...................................................................................................ER697

Exhibit R to Declaration of Adam B. Wolfson in Support of Plaintiffs
 Opposition to Defendants' Amended Motion to Compel
 Arbitration, March 19, 2021, Case No. CV20-3888-GW-GJSx,
 Dkt. No. 92-8 ...................................................................................................ER703

Defendants' Notice of Amended Motion and Amended Motion to
 Compel Arbitration, February 19, 2021, Case No. CV20-3888-
 GW-GJSx, Dkt. No. 84 ...................................................................................ER712

Declaration of Kimberly Tobias in Support of Defendants' Amended
 Motion to Compel Arbitration, February 19, 2021, Case No.
 CV20-3888-GW-GJSx, Dkt. No. 85 ..........................................................ER715

Exhibit 4 to Declaration of Kimberly Tobias in Support of
 Defendants' Amended Motion to Compel Arbitration, February
 19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-4......................ER741

Exhibit 5 to Declaration of Kimberly Tobias in Support of
 Defendants' Amended Motion to Compel Arbitration, February
 19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-5......................ER743

Exhibit 6 to Declaration of Kimberly Tobias in Support of
 Defendants' Amended Motion to Compel Arbitration, February
 19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-6 .....................ER745

Exhibit 7 to Declaration of Kimberly Tobias in Support of
    Defendants' Amended Motion to Compel Arbitration, February
    19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-7......................ER747

Exhibit 8 to Declaration of Kimberly Tobias in Support of
    Defendants' Amended Motion to Compel Arbitration, February
    19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-8......................ER749

Exhibit 9 to Declaration of Kimberly Tobias in Support of
    Defendants' Amended Motion to Compel Arbitration, February
    19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-9......................ER751

Exhibit 10 to Declaration of Kimberly Tobias in Support of
    Defendants' Amended Motion to Compel Arbitration, February
    19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-10....................ER753

Exhibit 11 to Declaration of Kimberly Tobias in Support of
    Defendants' Amended Motion to Compel Arbitration, February
    19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-11....................ER756

Exhibit 12 to Declaration of Kimberly Tobias in Support of
    Defendants' Amended Motion to Compel Arbitration, February
    19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-12 ...................ER759

Exhibit 13 to Declaration of Kimberly Tobias in Support of
    Defendants' Amended Motion to Compel Arbitration, February
    19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-13....................ER761

Exhibit 15 to Declaration of Kimberly Tobias in Support of
    Defendants' Amended Motion to Compel Arbitration, February
    19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-15 ...................ER763

Exhibit 17 to Declaration of Kimberly Tobias in Support of
    Defendants' Amended Motion to Compel Arbitration, February
    19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-17 ...................ER766

Exhibit 19 to Declaration of Kimberly Tobias in Support of
    Defendants' Amended Motion to Compel Arbitration, February
    19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-19 ...................ER769

Exhibit 21 to Declaration of Kimberly Tobias in Support of
    Defendants' Amended Motion to Compel Arbitration, February
    19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-21 ................... ER774

Exhibit 22 to Declaration of Kimberly Tobias in Support of
    Defendants' Amended Motion to Compel Arbitration, February
    19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-22 ................... ER776

Exhibit 23 to Declaration of Kimberly Tobias in Support of
    Defendants' Amended Motion to Compel Arbitration, February
    19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-23 ................... ER778

Exhibit 24 to Declaration of Kimberly Tobias in Support of
    Defendants' Amended Motion to Compel Arbitration, February
    19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-24 ................... ER780

Exhibit 25 to Declaration of Kimberly Tobias in Support of
    Defendants' Amended Motion to Compel Arbitration, February
    19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-25 ................... ER783

Exhibit 28 to Declaration of Kimberly Tobias in Support of
    Defendants' Amended Motion to Compel Arbitration, February
    19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-28 ................... ER785

Exhibit 29 to Declaration of Kimberly Tobias in Support of
    Defendants' Amended Motion to Compel Arbitration, February
    19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-29 ................... ER787

Exhibit 30 to Declaration of Kimberly Tobias in Support of
    Defendants' Amended Motion to Compel Arbitration, February
    19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-30 ................... ER790

Exhibit 31 to Declaration of Kimberly Tobias in Support of
    Defendants' Amended Motion to Compel Arbitration, February
    19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-31 ................... ER792

Exhibit 32 to Declaration of Kimberly Tobias in Support of
    Defendants' Amended Motion to Compel Arbitration, February
    19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-32 ................... ER795

Exhibit 33 to Declaration of Kimberly Tobias in Support of Defendants' Amended Motion to Compel Arbitration, February 19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-33...................ER798

Exhibit 34 to Declaration of Kimberly Tobias in Support of Defendants' Amended Motion to Compel Arbitration, February 19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-34...................ER801

Exhibit 41 to Declaration of Kimberly Tobias in Support of Defendants' Amended Motion to Compel Arbitration, February 19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-41...................ER807

Exhibit 42 to Declaration of Kimberly Tobias in Support of Defendants' Amended Motion to Compel Arbitration, February 19, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 85-42 ...................ER815

Amended Complaint, January 22, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 70-2 ........................................................................................ER830

Civil Minutes, November 2, 2020, Case No. CV20-3888-GW-GJSx, Dkt. No. 59................................................................................................ER904

Plaintiffs' Notice of Motion and Renewed Motion to Compel Arbitration-Related Discovery, October 06, 2020, Case No. CV20-3888-GW-GJSx, Dkt. No. 51 ........................................................ER910

Defendants' Notice of Motion and Motion for Reconsideration of Ruling on Plaintiffs' Motion for Discovery, August 21, 2020, Case No. CV20-3888-GW-GJSx, Dkt. No. 41 .........................................ER912

Plaintiffs' Notice of Motion and Motion for Discovery Related to Whether a Valid Arbitration Agreement Exists, June 24, 2020, Case No. CV20-3888-GW-GJSx, Dkt. No. 29 .........................................ER914

Defendants' Notice of Motion and Motion to Compel Arbitration, June 19, 2020, Case No. CV20-3888-GW-GJSx, Dkt. No. 25................ER916

Notice of Appeal, September 20, 2021, Case No. CV20-3888-GW-GJSx, Dkt. No. 122.................................................................................ER918

District Court Docket Sheet ................................................................................ER923